UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DIANA GOODSELL, et al., | Case No.: 2:23-cv-01510-APG-DJA |
|---|---|
| Plaintiffs | **Order Striking Certificates of Interested Parties** |
| v. | |
| TEACHERS HEALTH TRUST, et al., | |
| Defendants | |

I ORDER that the Intermountain defendants' certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each defendant as required by the amendment to that rule.  As some of these defendants are limited liability companies, the defendants must identify the citizenship of each member of each limited liability company defendant. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER that defendant Michael Skolnick's certificate of interested parties (ECF No. 16) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of Michael Skolnick as required by the amendment to that rule.

I FURTHER ORDER these parties to file a proper certificate of interested parties by October 20, 2023.

DATED this 3rd day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE