**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA GOODSELL, et al., | Case No.: 2:23-cv-01510-APG-DJA |
| Plaintiffs | **Order** |
| v. | |
| TEACHERS HEALTH TRUST, et al., | |
| Defendants | |

I ORDER that any party wishing to file a response to the emergency motion to stay case (ECF No. 19) must file it by October 10, 2023.  The reply is due October 13, 2023.

DATED this 4th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE