# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, et al., | Case No.: 2:23-cv-01510-APG-DJA |
| Plaintiffs | **Order** |
| v. | |
| TEACHERS HEALTH TRUST, et al., | |
| Defendants | |

I ORDER that defendant Teachers Health Trust's certificate of interested parties (ECF No. 20) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Teachers Health Trust as required by the amendment to that rule.

I FURTHER ORDER defendant Teachers Health Trust to file a proper certificate of interested parties by October 20, 2023.

DATED this 4th day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE