# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, et al.,<br><br>  Plaintiffs<br><br>v.<br><br>TEACHERS HEALTH TRUST, et al.,<br><br>  Defendants | Case No.: 2:23-cv-01510-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 26) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiffs' citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by October 20, 2023.

DATED this 11th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE