UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, et al.,<br><br>　　　Plaintiffs<br><br>v.<br><br>TEACHERS HEALTH TRUST, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-01510-APG-DJA<br><br>**Order Dismissing Unserved Defendants** |

　　　On October 23, 2023, the plaintiffs were advised by the court that their claims against defendants Medsource Management Group, LLC; Wellhealth Medical Associates (Volker), PLLC; Wellhealth Medical Group (Volker); Value Based Healthcare Institute, LLC; Gary Earl; and Michael Steinbrink would be dismissed without prejudice unless by November 22, 2023, the plaintiffs either filed proper proof of service or showed good cause why such service was not timely made. ECF No. 40.  The plaintiffs filed proof of service for defendants Michael Steinbrink; Value Based Healthcare Institute, LLC; and MedSource Management Group, LLC. ECF Nos. 55-57.  However, the plaintiffs have not provided proof of service on defendants Wellhealth Medical Associates (Volker), PLLC; Wellhealth Medical Group (Volker); and Gary Earl, nor have they shown good cause why such service was not timely made.

　　　I THEREFORE ORDER that the plaintiffs' claims against defendants Wellhealth Medical Associates (Volker), PLLC; Wellhealth Medical Group (Volker); and Gary Earl are DISMISSED without prejudice for failure to timely serve them.

　　　DATED this 27th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE