Doreen Spears Hartwell, Esq (NV Bar No. 7525)
Laura J. Thalacker, Esq. (NV Bar No. 5522)
HARTWELL THALACKER, LTD.
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Telephone: (702) 850-1074; Facsimile: (702) 508-9551
Doreen@HartwellThalacker.com
laura@hartwellthalacker.com

Charles E. Weir (CA Bar No. 211091) (admitted pro hac vice)
Val Bianchi-Demicheli (CA Bar No. 347028) (admitted pro hac vice)
MANATT, PHELPS AND PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone: (310) 312-4000; Facsimile: (310) 312-4224
cweir@manatt.com
vbianchi-demicheli@manatt.com

Rebecca A. Finkel (admitted pro hac vice)
MANATT, PHELPS AND PHILLIPS, LLP
151 north franklin street
Suite 2600
Chicago, IL 60606
Telephone: (312) 477-4772; Facsimile: (312) 529-6315
email: rfinkel@manatt.com

Attorneys for Defendants
TEACHERS HEALTH TRUST AND MICHAEL STEINBRINK

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, individually and on behalf of all those similarly situated; et al;<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS HEALTH TRUST, *et al.*<br><br>Defendants. | CASE NO.: 2:23-cv-01510-APG-DJA<br><br>Removed from State Court<br>Case No. A-18-774418-B<br><br>**JOINT MOTION TO EXTEND DEFENDANT MICHAEL STEINBRINK'S RESPONSE DEADLINE TO THE SECOND AMENDED COMPLAINT**<br><br>[Proposed] Order Filed Concurrently |

CASE NUMBER: 2:23-CV-01510-APG-DJA

402643887.1

Plaintiffs named and unnamed (collectively "Plaintiffs") and Defendant Michael Steinbrink, through their respective counsel of record, states as follow:

1. This case was removed from the Eighth Judicial District Court, Clark County, Nevada on September 25, 2023 (ECF 1) and on October 3, 2023, the Davita Defendants filed an emergency motion to stay. (ECF 19).

2. On November 1, 2023, the Court granted the motion to stay the case, "for all purposes except resolution of the pending motions to compel and dismiss." (ECF 47).

3. On December 12, 2023, the Court lifted the stay. (ECF 62).

4. Pursuant to Federal Rule of Civil Procedure 15, Mr. Steinbrink's responsive deadline is currently December 26, 2023.

5. On December 21, 2023 counsel for Mr. Steinbrink and counsel for Plaintiffs agreed to extend the responsive pleading deadline by 21 days to January 16, 2024 in light of the holidays.

6. This is the first stipulation for extension of time for Mr. Steinbrink to respond to the Second Amended Complaint and is filed in accordance with Local Rule 7-1.

[SIGNATURE PAGE FOLLOWS]

402643887.1

| | |
|---|---|
| Dated: December 27, 2023 | HARTWELL THALACKER, LTD.<br>*/s/Doreen Spears Hartwell*<br>Doreen Spears Hartwell, Esq.<br>Nevada Bar. No. 7525<br>Laura J. Thalacker, Esq.<br>Nevada Bar No. 5522<br>11920 Southern Highlands Pkwy #201<br>Las Vegas, NV 89141<br><br>and<br><br>Charles E. Weir (admitted pro hac vice)<br>CA Bar No. 211091<br>Val Bianchi-Demicheli (admitted pro hac vice)<br>CA Bar No. 347028<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br><br>Rebecca A. Finkel (admitted pro hac vice)<br>MANATT, PHELPS AND PHILLIPS, LLP<br>151 north franklin street<br>Suite 2600<br>Chicago, IL 60606<br><br>*Attorneys for Defendants Teachers Health Trust And Michael Steinbrink* |
| Dated: December 27, 2023 | HAYES WAKAYAMA JUAN<br><br>*/s/ Jack C. Juan*<br>Jack C. Juan<br>5798 S. Durango Drive<br>Suite 105<br>Las Vegas, NV 89113<br><br>Gene J. Stonebarger<br>STONEBARGER LAW, APC<br>101 Parkshore Drive, Suite 100<br>Folsom, California 95630<br><br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED**.

DATED: 1/4/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

402643887.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on this 27th day of December, 2023.

/s/Doreen Spears Hartwell

402643887.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, individually and on behalf of all those similarly situated; et al;<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS HEALTH TRUST, *et al.*<br><br>Defendants. | CASE NO.: 2:23-cv-01510-APG-DJA<br><br>Removed from State Court<br>Case No. A-18-774418-B<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT MICHAEL STEINBRINK'S RESPONSE DEADLINE TO THE SECOND AMENDED COMPLAINT** |

**IT IS SO ORDERED:**

The Court, having read and considered the Joint Motion for Extension of Defendant Michael Steinbrink's Response to Plaintiffs' Second Amended Complaint, ORDERS the deadline continued to January 16, 2024.

DATED: _____, 2023

_____
UNITED STATES DISTRICT COURT JUDGE
Hon. Andrew P. Gordon