Doreen Spears Hartwell, Esq (NV Bar No. 7525)
Laura J. Thalacker, Esq. (NV Bar No. 5522)
HARTWELL THALACKER, LTD.
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Telephone: (702) 850-1074; Facsimile: (702) 508-9551
Doreen@HartwellThalacker.com
laura@hartwellthalacker.com

Charles E. Weir (CA Bar No. 211091) (admitted pro hac vice)
Val Bianchi-Demicheli (CA Bar No. 347028) (admitted pro hac vice)
MANATT, PHELPS AND PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone: (310) 312-4000; Facsimile: (310) 312-4224
cweir@manatt.com
vbianchi-demicheli@manatt.com

Rebecca A. Finkel (admitted pro hac vice)
MANATT, PHELPS AND PHILLIPS, LLP
151 north franklin street
Suite 2600
Chicago, IL 60606
Telephone: (312) 477-4772; Facsimile: (312) 529-6315
email: rfinkel@manatt.com

Attorneys for Defendants
TEACHERS HEALTH TRUST AND MICHAEL STEINBRINK

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| DIANA GOODSELL, individually and on behalf of all those similarly situated; SHERI DeBARTOLO, individually and on behalf of all those similarly situated; MICHELLE REILLY, individually and on behalf of all those similarly situated; ANNETTE ANAS, individually and on behalf of all those similarly situated; PAULA KEVISH, individually and on behalf of those similarly situated, and DOE PLAINTIFFS 1-1000,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS HEALTH TRUST, a Nevada Trust; CLARK COUNTY | CASE NO. 2:23-cv-01510-APG-DJA<br><br>DEPT NO.: XXVII<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT MICHAEL STEINBRINK TO REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Case Number: 2:23-cv-01510-APG-DJA

| | |
|---|---|
| 1 | SCHOOL DISTRICT, a Nevada Public Entity; MEDSOURCE MANAGEMENT GROUP, LLC d/b/a WELLHEALTH QUALITY CARE, a Nevada limited liability company; WELLHEALTH MEDICAL ASSOCIATES (VOLKER), PLLC, a Nevada professional limited liability company; WELLHEALTH MEDICAL GROUP (VOLKER), PC, a Nevada professional corporation; HEALTHCARE PARTNERS NEVADA, LLC, a Nevada limited liability company; DA VITA MEDICAL MANAGEMENT SERVICE OF NEVADA, LLC, a Nevada limited liability company; DA VITA MEDICAL GROUP NEVADA (COATS), Ltd., a Nevada professional corporation; DA VITA MEDICAL IPA LV, LLC, a Nevada limited liability company; IHC HEALTH SERVICES, INC., d/b/a INTERMOUNTAIN HEALTHCARE, a Utah corporation; VALUE BASED HEALTHCARE INSTITUTE, LLC, a Tennessee limited liability company f/k/a VBH PARTNERS, VALUE BASED HEALTHCARE PARTNERS, and VBH, INC.; MICHAEL SKOLNIK, an individual; GARY EARL, and individual; MICHAEL STEINBRINK, an individual; and DOES 1 THROUGH X, inclusive; ROE CORPORATIONS I through X, inclusive, Defendant. |

**IT IS HEREBY STIPULATED AND AGREED** by and between named and unnamed Plaintiffs (collectively "Plaintiffs") and Defendant Michael Steinbrink ("Defendant"), through their respective counsel of record, that the deadline for Defendant to respond to Plaintiffs' Opposition to Defendant's Motion to Dismiss Second Amended Complaint, filed on January 30, 2024, is hereby extended by 3 days, to February 9, 2024. Good cause exists for this short extension due to Defendant's lead counsel's recently scheduled, required travel on an unrelated matter. No prior extensions have been given with respect to motions.

- 1 -

| | | |
|---|---|---|
| 1 | Dated: February 6, 2024 | MANATT, PHELPS & PHILLIPS, LLP |

By: */s/ Charles E. Weir*
    Charles E. Weir, CA Bar #21109
    (admitted pro hac vice)

and

HARTWELL THALACKER, LTD
Doreen Spears Hartwell (NSB#7525)

*Attorneys for Defendant Teachers Health Trust*

Dated: February 6, 2024    STONEBARGER LAW, APC

By: */s/ Gene J. Stonebarger*
    Gene J. Stonebarger (CA Bar No. 209461,
    (Admitted Pro Hac Vice)

and

HAYES WAKAYAMA JUAN
Jack C. Juan (Nevada Bar No. 6367)
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated:  February 7, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE