# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>TEACHERS HEALTH TRUST, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01510-APG-DJA<br><br>**Order** |

I previously granted motions to dismiss filed by defendants Michael Steinbrink and Michael Skolnik, with leave to amend. ECF Nos. 89, 90. I advised the plaintiffs that if they failed to file a third amended complaint by June 28, 2024, I would dismiss their claims against these two defendants with prejudice. ECF Nos. 89 at 28-29; 90 at 11. The plaintiffs did not file a third amended complaint.

I THEREFORE ORDER that the plaintiffs' claims against defendants Michael Steinbrink and Michael Skolnik are dismissed with prejudice. The clerk of court is instructed to terminate Michael Steinbrink and Michael Skolnik as defendants in this case.

DATED this 2nd day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE