Nathan R. Ring, Nevada Bar No. 12078
Paul D. Cotsonis, Nevada Bar No. 8786
Bradley Combs, Nevada Bar No. 16391
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
*nathan@rrvlawyers.com*
*paul@rrvlawyers.com*
*brad@rrvlawyers.com*
*Attorneys for Defendant, Teachers Health Trust*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, SHERI DEBARTOLO, MICHELLE REILLY ANNETTE ANAS, and PAULA KEVISH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEACHERS HEALTH TRUST, MEDSOURCE MANAGEMENT GROUP, LLC dba WELLHEALTH QUALITY CARE, HEALTHCARE PARTNERS NEVADA, LLC, VALUE BASED HEALTHCARE INSTITUTE, LLC fka VBH PARTNERS fka VALUE BASED HEALTHCARE PARTNERS fka VBH, INC., *et al.*<br><br>Defendants. | Case No.: 2:23-cv-01510-APG-DJA<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINES**<br><br>**[FIRST REQUEST]** |



3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
www.rrvlawyers.com

reese
ring
velto
PLLC

1

Defendant, TEACHERS HEALTH TRUST ("Defendant" or "THT"), by and through its attorneys of record REESE RING VELTO, PLLC, and Plaintiffs, DIANA GOODSELL, SHERI DEBARTOLO, MICHELLE REILLY, ANNETTE ANAS, and PAULA KEVISH, individually and on behalf of all others similarly situated, hereby jointly stipulate and request this Court extend for thirty (30) days the deadlines set in this Court's Order (ECF No. 124) filed March 8, 2026.

## I.    BACKGROUND

On March 8, 2026, the Court entered its Order (1) Granting in Part Motions to Certify and Decertify, (2) Granting in Part Defendants' Motion for Summary Judgment, (3) Denying as Moot the Motion to Strike, and (4) Granting in Part the Motion for Spoliation Sanctions (ECF No. 124) (the "Order"). The Order, among other things, directed the parties to confer about an appropriate sanction related to THT's spoliation of the 2012–2015 claims data in relation to named plaintiff Annette Anas. The Order further directed that if the parties can agree on a sanction, they must file a stipulation by April 6, 2026, and if they cannot agree, Plaintiffs must file a new motion for spoliation sanctions by April 6, 2026. Additionally, the Order directed Plaintiffs to file a status report by April 6, 2026 indicating whether they intend to proceed against defaulted defendants Medsource Management Group, LLC and Value Based Healthcare Institute, LLC, and if so, what they intend to do, including a proposed schedule.

## II.    NEED FOR 30-DAY EXTENSION

Since entry of the Order, counsel for the parties have been conferring in good faith regarding the spoliation sanction issue and a comprehensive schedule for the remaining proceedings. Counsel for THT has worked diligently with his client to obtain a proposal for resolution of the claims and spoilation sanction related to Plaintiff Anas. THT's counsel is continuing to confer with his, client which is a Board of multiple Trustees, to propose a resolution on these matters to Plaintiffs' counsel. These delays are attributable to THT's internal processes for reviewing and approving proposed stipulations and litigation strategy, which require input from multiple stakeholders within the organization.

2

The parties believe that a 30-day extension will allow THT's counsel sufficient time to obtain the necessary client approvals so that a comprehensive stipulation addressing the spoliation sanction and a proposed schedule for the remaining proceedings. The proposed schedule will also include the Plaintiff's report on the status of its case and proceeding against the defaulted defendants. The parties believe that additional time to confer will promote judicial efficiency by enabling them to present a unified and complete proposal to the Court for resolution of this matter or at least a road map for resolution of thing long standing matter, rather than piecemeal filings that may require further briefing and added Court involvement.

No party will be prejudiced by this extension. The underlying merits of the case are not affected, and the extension will not delay the ultimate resolution of this matter because the joint pretrial order deadline is tied to the Court's ruling on the spoliation issue, not a fixed calendar date. The parties are working diligently to resolve the numerous pending matters at that remain here and make this request in good faith. This request for extension is not made for the purposes of delay in this matter and the parties believe that this extension will actually permit a quicker resolution of all matter versus an alternative approach.

### III.   PROPOSED DATES FOR REVISED SCHEDULING ORDER

The parties respectfully request the following revised deadlines:

| DEADLINE | CURRENT DEADLINE | NEW PROPOSED DEADLINE |
|---|---|---|
| Stipulation or Motion for Spoliation Sanctions | April 6, 2026 | May 6, 2026 |
| Plaintiffs' Status Report re Defaulted Defendants | April 6, 2026 | May 6, 2026 |

The parties are requesting only thirty (30) additional days on the deadlines set by the Court's Order.

///

///

reese ring velto PLLC

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
www.rrvlawyers.com

3

Dated: April 3, 2026

/s/ Nathan Ring
Nathan R. Ring
Nevada Bar No. 12078
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
*Attorneys for Teachers Health Trust*

Dated: April 3, 2026

/s/ Gene Stonebarger
Gene Stonebarger
Stonebarger Law APC
101 Parkshore Drive, Suite 100
Folsom, California 95630

JACK C. JUAN
HAYES WAKAYAMA JUAN
5798 S Durango Drive, Ste 105 Las Vegas, Nevada 89113
*Attorneys for Plaintiffs*

reese
ring
velto
PLLC

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
www.rrvlawyers.com

## ORDER

Having considered the stipulation of the parties and the representations therein, and with good cause appearing, it is hereby ordered that the following deadlines are now set:

| DEADLINE | CURRENT DEADLINE | NEW PROPOSED DEADLINE |
|---|---|---|
| Stipulation or Motion for Spoliation Sanctions | April 6, 2026 | May 6, 2026 |
| Plaintiffs' Status Report re Defaulted Defendants | April 6, 2026 | May 6, 2026 |

The proposed joint pretrial order remains due 30 days after the Court either grants the parties' stipulation related to spoliation or rules on Plaintiffs' new motion for spoliation sanctions.

IT IS SO ORDERED:

DATED: __April 6, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

reese
ring
velto
PLLC

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
www.rrvlawyers.com

5