**STONEBARGER LAW, APC**
GENE J. STONEBARGER, ESQ.
California Bar No. 209461, *Pro Hac Vice*
101 Parkshore Drive, Suite 100
Folsom, CA 95630
(916) 235-7140 – Telephone
gstonebarger@stonebargerlaw.com

**HAYES | WAKAYAMA | JUAN**
JACK C. JUAN, ESQ.
Nevada Bar No. 6367
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
jjuan@hwlawNV.com

*Attorneys for Plaintiffs and the Class*

STONEBARGER LAW, APC
101 Parkshore Drive, Suite 100
Folsom, CA 95630

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA GOODSELL, individually and on behalf of all those similarly situated; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TEACHERS HEALTH TRUST, a Nevada Trust; et al., <br><br> Defendants. | Case No: 2:23-CV-01510-APG-DJA <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF ANNETTE ANAS'S INDIVIDUAL CLAIMS; AND [PROPOSED] ORDER THEREON** |

Plaintiff Annette Anas ("Plaintiff Anas") and Defendant Teachers Health Trust ("THT" or "Defendant"), by and through their respective counsel of record, hereby submit this Joint Stipulation for Dismissal with Prejudice of Plaintiff Anas's individual claims, and respectfully stipulate and request that the Court order as follows:

WHEREAS, Plaintiff Anas is a named plaintiff and a member of the certified Class in the above-captioned action (the "Action");

WHEREAS, Plaintiff Anas and THT have entered into a confidential Individual Settlement Agreement and General Release (the "Settlement Agreement") that fully and finally resolves all of Plaintiff Anas's individual claims against THT, including all claims relating to the alleged spoliation of evidence as to Plaintiff Anas's individual claims;

WHEREAS, the resolution and dismissal of Plaintiff Anas's individual claims does not in any way affect, release, or impair the claims of any other member of the certified Class in the Action, all of which remain pending.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a) and the terms of the Settlement Agreement, Plaintiff Anas and THT, by and through their respective counsel, hereby stipulate, agree, and respectfully request that the Court order as follows:

1.    All of Plaintiff Annette Anas's individual claims against THT in the Action, including but not limited to all claims relating to the alleged spoliation of evidence as to Plaintiff Anas's individual claims, are hereby DISMISSED WITH PREJUDICE.

2.    This dismissal applies solely to Plaintiff Anas's individual claims and does not in any way affect, release, or impair the claims of any other member of the certified Class in the Action, which remain pending.

3.    Each party shall bear its own attorneys' fees and costs incurred in connection with the matters resolved by this Stipulation.

IT IS SO STIPULATED.

**STONEBARGER LAW, APC**

Dated: June 25, 2026

By /s/ Gene J. Stonebarger

GENE J. STONEBARGER, ESQ.
California Bar No. 209461, *Pro Hac Vice*
101 Parkshore Drive, Suite 100
Folsom, CA 95630

Page 2 of 4

STONEBARGER LAW, APC
101 Parkshore Drive, Suite 100
Folsom, CA 95630

STONEBARGER LAW, APC
101 Parkshore Drive, Suite 100
Folsom, CA 95630

HAYES | WAKAYAMA | JUAN
JACK C. JUAN, ESQ.
Nevada Bar No. 6367
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
Attorneys for Plaintiffs and the Class

**REESE RING VELTO, PLLC**

Dated: June 25, 2026

By /s/ Nathan R. Ring

NATHAN R. RING, ESQ.
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Attorneys for Defendant Teachers Health Trust

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that all of Plaintiff Annette Anas's individual claims against Defendant Teachers Health Trust in this Action, including but not limited to all claims relating to the alleged spoliation of evidence as to Plaintiff Anas's individual claims, are DISMISSED WITH PREJUDICE. This dismissal applies solely to Plaintiff Anas's individual claims and does not in any way affect, release, or impair the claims of any other member of the certified Class in this Action, which remain pending.

IT IS SO ORDERED.

Dated: June 29, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

STONEBARGER LAW, APC
101 Parkshore Drive, Suite 100
Folsom, CA 95630

Page 4 of 4